UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD BEHAR, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ALBERT CHICOREL; ET AL.,<br><br>Defendants. | 2:23-CV-10101-TGB<br><br>**ORDER DISMISSING CASE**<br><br>HONORABLE TERRENCE G. BERG |

Pursuant to the Stipulation of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED this 10th day of May, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge